AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Dewayne B. Gerald

V.

Integrated Magnetic Imaging

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv1038-WKW

TO: (Name and address of Defendant)

Integrated Magnetic Imaging
7094 University Court
Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Fred Clements
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 11/27/07