| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Amanda [signature]*   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>   11-29-07 |
| 1. Article Addressed to:<br><br>*Integrated Magnetic Imaging*<br>*7094 University Court*<br>*Montgomery, AL 36117* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>*07CV1028*<br>*SLC*<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   *7006 0100 0003 2054 5177* | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540