IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEWAYNE B. GERALD,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **INTEGRATED MAGNETIC IMAGING.** | ) **CIVIL ACTION NO.** ) **2:07-CV-1038-WKM** |
| **Defendant.** | ) ) ) ) ) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, Integrated Magnetic Imaging, by and through its counsel and requests this Honorable Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to enter an order granting an extension or enlargement of time for said defendant to file their Answer/Response in this action. In support of said motion, defendant states as follows:

1. This action was originally filed on November 26, 2007. The Complaint was served on defendant on November 29, 2007. The time for filing a responsive pleading or motion on behalf of the defendant will be December 19, 2007.

2. The facts and circumstances surrounding the incidents made the basis of this action appear to be detailed, and the undersigned is in need of additional time in which to obtain an understanding of the true facts and circumstances involved in this action in order to file meaningful Answer/Response.

3. The undersigned has contacted plaintiff's counsel, Jay Lewis, to request that the time for defendant to Answer/Respond to plaintiff's Complaint be extended 14 days from the

1628132 v1

date on which defendant's Answer/Response is due to be filed, and he does not oppose the extension.

    4.    Defendant requests this Honorable Court to grant an additional 14 days for it to (a) determine the true facts and circumstances surrounding this action and (b) evaluate the facts and circumstances surrounding this action in order for the undersigned to file meaningful Answer/Response to plaintiff's Complaint.

WHEREFORE, PREMISES CONSIDERED, defendant request this Honorable Court to enter an order extending the time for the filing of defendant's Answers/Responses in this action until January 2, 2008.

Respectfully submitted,

*/s/ Mac B. Greaves*
Mac B.Greaves (GRE007)
Attorney for Defendant
INTEGRATED MAGNETIC IMAGING

OF COUNSEL:
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 14th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing to the following:

Jay Lewis
Fred Clements
P.O. Box 5059
Montgomery, AL 36103

                                        */s/ Mac B. Greaves*
                                        OF COUNSEL