IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWAYNE B. GERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-1038-WKW |
| ) | |
| INTEGRATED MAGNETIC IMAGING, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the defendant's unopposed Motion for Enlargement of Time (Doc. # 4), it is ORDERED that the motion is GRANTED. The deadline for the defendant to respond to the complaint is extended from December 19, 2007, to **January 2, 2008.**

DONE this 17th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE