IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWAYNE B. GERALD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-01038-WKW |
| | ) |
| INTEGRATED MAGNETIC IMAGING, | ) |
| | ) |
|     Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Dewayne B. Gerald, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

 

December 18, 1997                    /s/ FRED L. CLEMENTS
      Date                                  Fred L. Clements (ASB-5682-R39C)

                                          Dewayne B. Gerald
                                          Counsel for (print names of all parties)

                                          P.O. Box 5059, Montgomery, AL 36103-5059
                                          Address, City, State Zip Code

                                          (334) 263-7733
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Fred L. Clements, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of December 2007, to:

Mac B. Greaves

| December 18, 2007 | /s/ FRED L. CLEMENTS |
|---|---|
| Date | Fred L. Clements |
| | Law Offices of Jay Lewis, LLC |
| | P.O. Box 5059 |
| | Montgomery, AL 36103-5059 |
| | (334) 263-7733 (Voice) |
| | (334) 832-4390 (Fax) |
| | FredClements@jaylewislaw.com |
| | ASB-5682-R39C |