# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **DEWAYNE B. GERALD,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) **CIVIL ACTION NO.** |
| **v.** | ) **2-07-CV-1038-WKM** |
| | ) |
| **INTEGRATED MAGNETIC IMAGING.,** | ) |
| | ) |
| **Defendant.** | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW defendant Integrated Magnetic Imaging, Inc., pursuant to Fed. R. Civ. P. 7.1, Local Rule 3.4, and submits the following as its Corporate Disclosure Statement:

1.    Integrated Magnetic Imaging, Inc. is not a public company and does not have a parent corporation.

2.    No publicly traded corporation owns 10% or more of the stock of Integrated Magnetic Imaging, Inc.


*/s/ Mac B. Greaves*
Mac B. Greaves (GRE007)
Attorney for Defendant
INTEGRATED MAGNETIC IMAGING, INC.

1632264 v1

**OF COUNSEL:**
BURR & FORMAN LLP
3400 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by electronic filing, on this the 16th day of January 2008:

Jay Lewis
Fred Clements
P.O. Box 5059
Montgomery, AL 36103

*/s/ Mac B. Greaves*
OF COUNSEL

1632264 v1                                      2