IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWAYNE B. GERALD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEGRATED MAGNETIC IMAGING, )<br>)<br>Defendant. ) | Case No. 2:07-cv-1038-WKW |

**<u>ORDER</u>**

Upon consideration of the plaintiff's Motion to Amend Complaint (Doc. # 16), it is ORDERED that the motion is GRANTED. The plaintiff shall file an exact duplicate of the proposed amended complaint (Doc. # 16-2) **on or before April 18, 2008**, in compliance with Section II.A.5 of the *CM/ECF Administrative Procedures of the Middle District of Alabama*. The defendant shall answer or otherwise respond to the amended complaint **within ten days** after the amended complaint is filed.

DONE this 16th day of April, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE