IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DEWAYNE B. GERALD** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.:2:07-cv-01038-WKW-TFM |
| ) | |
| **RANSOM & HEART, INC., d/b/a** ) | |
| **INTEGRATED MAGNETIC IMAGING** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## SUGGESTION OF BANKRUPTCY

     Defendant, Ransom & Heart, Inc., d/b/a Integrated Magnetic Imaging has filed a petition for relief under Chapter 11 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Middle District of Alabama. The petition has been assigned Bankruptcy Case No. 08-31403. Accordingly, this action is stayed by the operation of Title 11 U.S.C. § 362 as to defendant Ransom & Heart, Inc., d/b/a Integrated Magnetic Imaging.


                                             /s/ Lindan J. Hill_____
                                             Max A. Moseley (MOS029)
                                             Lindan J. Hill (HIL057)
                                             Bankruptcy Counsel for Ransom & Heart, Inc.

OF COUNSEL:

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9400

**CERTIFICATE OF SERVICE**

    I hereby certify the above and foregoing has been served on the following parties and/or counsel of record, by the CM/ECF filing system and by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed on this, the 5th day of August, 2008.

Fred Lee Clements, Jr.
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, AL 36103-5059

                                    /s/ Lindan J. Hill
                                    Of Counsel