IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWAYNE B. GERALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-CV-1038-WKW |
| | ) |
| INTEGRATED MAGNETIC IMAGING, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

Before the court is a Suggestion of Bankruptcy (Doc. # 20) by which Defendant Ransom & Heart, Inc., d/b/a Integrated Magnetic Imaging, notifies the court that it has filed a Chapter 11 bankruptcy petition. Accordingly, it is ORDERED that, pursuant to 11 U.S.C. § 362(a), this litigation is STAYED. It is further ORDERED that the parties notify the court immediately upon the resolution of the bankruptcy proceedings or earlier if relief from the automatic stay is obtained. During the intervening time, on the 1st day of each third month, beginning October 1, 2008, the parties are DIRECTED to jointly report to the court, via a filing, as to the status of the bankruptcy proceedings.

Done this 6th day of August, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE