**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DEWAYNE B. GERALD** )  | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 2:07-CV-1038-WKW |
| ) | |
| **INTEGRATED MAGNETIC IMAGING,** ) | |
|     Defendant. ) | |

## MOTION TO WITHDRAW

**COMES NOW** Fred Clements, co-counsel for Plaintiff, to respectfully request that the Court allow him to withdraw from this case and would show unto the Court as follows:

1. As of August 29, 2008, Fred Clements will no longer be associated with the Law Offices of Jay Lewis, LLC.

2. Plaintiff will not be prejudiced or placed in a hardship upon the granting of said motion.

3. Attorney Jay Lewis of the Law Offices of Jay Lewis, LLC, will continue as counsel for Plaintiffs.

WHEREFORE THESE PREMISES CONSIDERED, the undersigned co-counsel for Plaintiffs prays that this Court will grant his motion to withdraw from the case.

RESPECTFULLY SUBMITTED on this the 26th day of August, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2008, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Mac B. Greaves
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203

                                              /s/ FRED CLEMENTS
                                              Fred Clements
                                              Law Offices of Jay Lewis, LLC
                                              P.O. Box 5059
                                              Montgomery, AL 36103
                                              (334) 263-7733 (Voice)
                                              (334) 832-4390 (Fax)
                                              FredClements@JayLewisLaw.com
                                              ASB-5682-R39C