IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWAYNE B. GERALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-CV-1038-WKW |
| | ) |
| INTEGRATED MAGNETIC IMAGING, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 22), in which Fred Clements, Esq., moves to withdraw as co-counsel for Plaintiff, and for good cause shown, it is ORDERED that the motion is GRANTED.

Done this 3rd day of September, 2008.

                /s/  W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE